UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| Plaintiff, | : |
| v. | : |
| MAGDALENA TAVELLA, ANDRES HORACIO FICICCHIA, GONZALO GARCIA BLAYA, LUCIA MARIANA HERNANDO, CECILIA DE LORENZO, ADRIANA ROSA BAGATTIN, DANIELA PATRICIA GOLDMAN, MARIANO PABLO FERRARI, MARIANO GRACIARENA, and FERNANDO LOUREYRO, | : Civil Action No. 13-CIV-4609 (NRB)<br><br>: Judge Naomi Reice Buchwald<br><br>: **NOTICE OF FILING OF STIPULATION** |
| Defendants. | : |

PLEASE TAKE NOTICE that Plaintiff, Securities and Exchange Commission, has filed the Stipulation for entry of an order granting a preliminary injunction, asset freeze and other relief.

Dated:  July 16, 2013          Respectfully submitted,

                /s/ David J. Gottesman
               David J. Gottesman
               Division of Enforcement
               U.S. Securities and Exchange Commission
               100 F Street, NE
               Washington, DC 20549
               Telephone: (202) 551-4470
               Facsimile: (202) 772-9245
               gottesmand@sec.gov

               *Attorney for Plaintiff*