UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

V.

MAGDALENA TAVELLA, ANDRES HORACIO
FICICCHIA, GONZALO GARCIA BLAYA, LUCIA
MARIANA HERNANDO, CECILIA DE LORENZO,
ADRIANA ROSA BAGATTIN, DANIELA PATRICIA
GOLDMAN, MARIANO PABLO FERRARI, MARIANO
GRACIARENA, and FERNANDO LOUREYRO,

                Defendants.
-----------------------------------------------------------------------X

Case No.: 13-cv-049609-NRB

**CERTIFICATE OF SERVICE**

       STEVEN W. SCHUSTER, an attorney duly admitted to practice in the courts of this State, affirms under the penalty of perjury as follows:

       I am over 18 years of age and I am not a party to this action. I reside in New York, New York.

       On September 12, 2013, deponent served the within **Notice of Motion for Leave to Withdraw as Counsel, Memorandum of Law in Support of Motion, and Supporting Declaration of Steven W. Schuster, together with exhibits** by e-mail to the following addressee(s):

                Adrian Rosa bagattin
                adriana@bagattin.com

                Magdalena Tavella
                mail@magdalenatavella.com

                Fernando Loureyro
                mail@fernandoloureyro.com

                Mariano Augusto Graciarena
                mariano@graciarena.com

                Lucia Mariana Hernando
                lucia@marianahernando.com

Mariano Pablo Ferrari
mariano@pablo-ferrari.com

Daniela Patricia Goldman
mail@danielagoldman.com

Cecilia de Lorenzo
mail@ceciliadelorenzo.com

Andres Horacio Ficicchia
adres@ficicchia.com

Gonzalo Garcia Blaya
gonzalo@garciablaya.com

Dated: New York, New York
September 12, 2012

_____
Steven W. Schuster