UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>V.<br><br>MAGDALENA TAVELLA,ANDRES HORACIO FICICCHIA, GONZALOGARCIA BLAYA, LUCIA MARIANAHERNANDO,CECILIA DE LORENZO,ADRIANA ROSA BAGATTIN,DANIELA PATRICIA GOLDMAN,MARIANO PABLO FERRARI,MARIANO GRACIARENA, andFERNANDO LOUREYRO,<br><br>Defendants. | Case No.: 13-cv-4609-NRB |

### NOTICE OF MOTION FOR LEAVE TO WITHDRAW
### AS COUNSEL OF RECORD FOR DEFENDANTS

PLEASE TAKE NOTICE that, upon the Declaration of Steven W. Schuster, Esq., dated September 11, 2013 together with the exhibits thereto, and the Memorandum of Law in support of motion to withdraw, also dated September 11, 2013, both submitted to the Court *in camera*, McLaughlin & Stern, LLP, attorneys for Defendants, will move this Court, before the Honorable Naomi Reice Buchwald for (i) an Order pursuant to Local Civil Rule 1.4 and New York Professional Rules 1.16(c)(5) and (7), granting McLaughlin & Stern permission to

withdraw as attorneys for the Defendants herein and (ii) for any such further relief that the Court deems just and proper.

Dated: New York, NY
      September 16, 2013

(corrected as to docket number)

                              McLAUGHLIN & STERN, LLP

                              By: _____
                                  Bruce A. Langer
                                  David W. Sass
                                  Attorneys for Defendants
                                  260 Madison Avenue-18th Floor
                                  New York, New York 10016
                                  (212) 448-1100