*Buchwald, N.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE
COMMISSION,

            Plaintiff,

    v.

MAGDALENA TAVELLA,
ANDRES HORACIO FICICCHIA, GONZALO
GARCIA BLAYA, LUCIA MARIANA
HERNANDO, CECILIA DE LORENZO,
ADRIANA ROSA BAGATTIN,
DANIELA PATRICIA GOLDMAN,
MARIANO PABLO FERRARI,
MARIANO GRACIARENA, and
FERNANDO LOUREYRO,

            Defendants.

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/2013

Civil Action No. 13-CIV-4609

Judge Naomi Reice Buchwald

## SCHEDULING ORDER

Upon the December 13, 2013 letter motion of the U.S. Securities and Exchange Commission (the "Commission"), the Court hereby orders as follows:

**IT IS HEREBY ORDERED** that the Defendants answer or otherwise respond to the Commission's complaint no later than February 3, 2014. Failure to answer or otherwise respond to the complaint by that date may result in entry of a default judgment against the Defendants.

Dated: December 17, 2013

Judge Naomi Reice Buchwald

1