UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
THE UNITED STATES OF AMERICA

        -v-                                                NOTICE OF APPEARANCE

MAGDALENA TAVELLA                        13-CIV-4609

        **Defendant.**
-------------------------------------------------------X

TO: CLERK OF COURT

PLEASE TAKE NOTICE that Marc Agnifilo, Esq., and Alex Spiro, Esq., of Brafman & Associates, P.C., 767 Third Avenue, New York, New York 10017, hereby appears on behalf of the defendant.

 

Marc Agnifilo, Esq.
Alex Spiro, Esq.
Brafman & Associates, P.C.
767 Third Avenue, 26th Floor
New York, New York 10017
Phone: (212) 750-7800
Fax: (212) 750-3906
E-mail: magnifilo@braflaw.com
E-mail: aspiro@braflaw.com

Dated:  New York, New York
            February 3, 2014