# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW

767 THIRD AVENUE, 26TH FLOOR

NEW YORK, NEW YORK 10017

TELEPHONE: (212) 750-7800

FACSIMILE: (212) 750-3906

E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

February 3, 2014

**VIA FEDERAL EXPRESS**
Hon. Naomi Reice Buchwald
Courtroom: 21 A
United States Courthouse
500 Pearl Street
New York, New York 10007

RE:   13-CIV-4609 SEC v. Magdalena Tavella et. al.

Dear Judge Buchwald:

    We have filed a notice of appearance in the above entitled case. Due to our late entry into the case, the voluminous material to review, and the complex nature of the allegations, we respectfully request an additional thirty (30) days to file our response.

    Thank you for your continuing courtesy in connection with this matter. If you have questions, please contact me at (212) 750-7800.

Very Truly Yours,

Alex Spiro Esq.