MEMO ENDORSED

**BRAFMAN & ASSOCIATES, P.C.**
ATTORNEYS AT LAW
767 THIRD AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: BBRAFMAN@BRAFLAW.COM

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
ALEX SPIRO

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN N.Y. AND N.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/06/2014

February 3, 2014

**VIA FEDERAL EXPRESS**
Hon. Naomi Reice Buchwald
Courtroom: 21 A
United States Courthouse
500 Pearl Street
New York, New York 10007

RE:   13-CIV-4609 SEC v. Magdalena Tavella et. al.

Dear Judge Buchwald:

   We have filed a notice of appearance in the above entitled case. Due to our late entry into the case, the voluminous material to review, and the complex nature of the allegations, we respectfully request an additional thirty (30) days to file our response.

   Thank you for your continuing courtesy in connection with this matter. If you have questions, please contact me at (212) 750-7800.

Very Truly Yours,

Alex Spiro Esq.

*[Handwritten endorsement: Application Granted. So ordered. 2/4/14]*