

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
Division of Enforcement
100 F Street, N.E.
Washington, DC 20549-1004

**Patrick M. Bryan**
Assistant Chief Litigation Counsel
Division of Enforcement
Telephone: (202) 551-4420
bryanp@sec.gov

March 18, 2014

Hon. Naomi Reice Buchwald
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    *U.S. Securities and Exchange Commission v. Magdalena Tavella, et al.*, Civil Action No. 13-CIV-4609

Dear Judge Buchwald:

    I write on behalf of Plaintiff U.S. Securities and Exchange Commission (the "Commission") to advise the Court that the Commission does not oppose Brafman & Associates, P.C.'s request for leave to withdraw as counsel.

    Because defendants have failed to answer or otherwise respond to the Commission's complaint by the dates set by the Court, the Commission intends to proceed to seek a default judgment against each defendant.

                      Respectfully submitted,

                      Patrick M. Bryan
                      Assistant Chief Litigation Counsel

cc:    Adrian Rosa Bagattin
       Adriana@Bagattin.com

Hon. Naomi Reice Buchwald
Page 2

    Magdelena Tavella
    mail@magdalenatavella.com
    Fernando Loureyro
    mail@fernandoloureyro.com
    Mariano Augusto Graciarena
    mariano@graciarena.com
    Lucia Mariana Hernando
    luchia@marianahernando.com
    Mariano Pablo Ferrari
    mariano@pablo-ferrari.com
    Daniela Patricia Goldman
    mail@danielagoldman.com
    Cecilia de Lorenzo
    mail@ceciliadelorenzo.com
    Andres Horacio Ficicchia
    adres@ficicchia.com
    Gonzalo Garcia Blaya
    gonzalo@garciablaya.com