# Exhibit 4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MAGDALENA TAVELLA, | : | Civil Action No. 13-CIV-4609 |
| ANDRES HORACIO FICICCHIA, GONZALO | : | |
| GARCIA BLAYA, LUCIA MARIANA | : | Judge Naomi Reice Buchwald |
| HERNANDO, CECILIA DE LORENZO, | : | |
| ADRIANA ROSA BAGATTIN, | : | |
| DANIELA PATRICIA GOLDMAN, | : | |
| MARIANO PABLO FERRARI, | : | |
| MARIANO GRACIARENA, and | : | |
| FERNANDO LOUREYRO, | : | |
| | : | |
| Defendants. | : | |

---

### CERTIFICATE OF SERVICE OF COMPLAINT AND SUMMONS

I, Scott A. Lowry, certify that on July 3, 2013, I served a copy of the Summons and Complaint against defendants Magdalena Tavella, Andres Horacio Ficicchia, Gonzalo Garcia Blaya, Lucia Mariana Hernando, Cecilia De Lorenzo, Adriana Rosa Bagattin, Daniela Patricia Goldman, Mariano Pablo Ferrari, Mariano Graciarena, and Fernando Loureyro (collectively "Defendants"), upon each Defendant in accordance with the Court's order providing alternative service [Dkt. # 5] by the following means:

<u>Via UPS, to the last known residences for Defendants</u>:

Adriana Rosa Bagattin
Crisologo Larralde 4539
Buenos Aires  1430
ARGENTINA

Magdalena Tavella
Montevideo 1296 5 B
Buenos Aires  1018
ARGENTINA

Fernando Loureyro
Moreno 254 Zarate
Buenos Aires  2800
ARGENTINA

Mariano Augusto Graciarena
25 De Mayo, 245
2800 Zarate
Buenos Aires
ARGENTINA

Lucia Mariana Hernando
Blanco Encalada 4702 1 C
Capital Federal  1431
ARGENTINA

Mariano Pablo Ferrari
Blanco Encalada 4702 1 C
Capital Federal  1431
ARGENTINA

Daniela Patricia Goldman
Sanchez Bustamante 1638 8 D
Buenos Aires  1425
ARGENTINA

Cecilia de Lorenzo
2187 Olivos Bermudez
Buenos Aires  1636
ARGENTINA

Andres Horacio Ficicchia
Gral las Heras 2950
Buenos Aires  73169
ARGENTINA

Gonzalo Garcia Blaya
Calle Corrientes 5250
Timbre C
Buenos Aires  1414
ARGENTINA


<u>Via Email from lowrys@sec.gov to the last known email addresses for Defendants</u>:


Adriana Rosa Bagattin
<u>Adriana@Bagattin.com</u>

Magdalena Tavella
mail@magdalenatavella.com

Fernando Loureyro
mail@fernandoloureyro.com

Mariano Augusto Graciarena
mariano@graciarena.com

Lucia Mariana Hernando
lucia@marianahernando.com

Mariano Pablo Ferrari
mariano@pablo-ferrari.com

Daniela Patricia Goldman
mail@danielagoldman.com

Cecilia de Lorenzo
mail@ceciliadelorenzo.com

Andres Horacio Ficicchia
andres@ficicchia.com

Gonzalo Garcia Blaya
gonzalo@garciablaya.com


Dated: 5/15/14
    Miami, Florida

Scott A. Lowry
801 Brickell Avenue, Suite 1800
Miami, FL 33131
(305) 982-6387

3