# Exhibit 11



## Account Statement - Trade Date
*Expressed in US Dollars*

**Lek Securities Corporation**
One Liberty Plaza
New York, NY 10006
212.509.2300

**Lucia Hernando**
**Blanco Encalada 4701 1 C - zip 1431**
**Buenos Aires**
**Argentina**



Lucia Hernando
LGDMKHERNANDO

Report Period 6/1/2013 to 6/30/2013

**Equity as of 6/30/2013**                                  **Settlement Date Balances**
Net Cash Balance              $4,471,181.68                Settlement Date Cash Balance              $4,471,181.68
**Equity**                    **$4,471,181.68**            **Settlement Date Adjusted Net Balance**  **$4,471,181.68**

**Portfolio Composition**

## Transactions

| Trade | Settle | Buy/Sell | Qnty | Symbol | ISIN | Security Description | |
|---|---|---|---|---|---|---|---|
| 06/17/13 | 06/17/13 | Sell | (579,975) | BIZM | US09072T1007 | BIOZOOM INC | |
| **Price** | **Comm** | **TrFee** | **AccInt** | | | **Charge** | **Credit** |
| 3.3760 | $82,235.00 | $34.07 | | | | | $1,875,726.53 |
| **Cur** | | | | | | | **Remarks** |
| USD | | | | | | | SwiftID = 25141 - Wire Processing Fee - 1 Free Wire / Month |

| Trade | Settle | Buy/Sell | Qnty | Symbol | ISIN | Security Description | |
|---|---|---|---|---|---|---|---|
| 06/17/13 | 06/17/13 | Fee | | Cash | | Cash | |
| **Price** | **Comm** | **TrFee** | **AccInt** | | | **Charge** | **Credit** |
| **Cur** | | | | | | | **Remarks** |
| USD | | | | | | | SwiftID = 25141 - Funds Delivered - Lucia Mariana Hernando |

| Trade | Settle | Buy/Sell | Qnty | Symbol | ISIN | Security Description | |
|---|---|---|---|---|---|---|---|
| 06/17/13 | 06/17/13 | Funds Paid | | Cash | | Cash | |
| **Price** | **Comm** | **TrFee** | **AccInt** | | | **Charge** | **Credit** |
| | | | | | | $600,000.00 | |
| **Cur** | | | | | | | |
| USD | | | | | | | |

| Trade | Settle | Buy/Sell | Qnty | Symbol | ISIN | Security Description | |
|---|---|---|---|---|---|---|---|
| 06/14/13 | 06/14/13 | Sell | (88,200) | BIZM | US09072T1007 | BIOZOOM INC | |
| **Price** | **Comm** | **TrFee** | **AccInt** | | | **Charge** | **Credit** |
| 3.0730 | $11,383.00 | $4.72 | | | | | $259,650.88 |
| **Cur** | | | | | | | |
| USD | | | | | | | |

| Trade | Settle | Buy/Sell | Qnty | Symbol | ISIN | Security Description | |
|---|---|---|---|---|---|---|---|
| 06/12/13 | 06/12/13 | Fee | | BIZM | US09072T1007 | BIOZOOM INC | |
| **Price** | **Comm** | **TrFee** | **AccInt** | | | **Charge** | **Credit** |
| | | | | | | $614.83 | |
| **Cur** | | | | | | | **Remarks** |
| USD | | | | | | | As of entry booked on 6/17/2013. NSCC Illiquid Charge: Symb: BIZM (OTC Li) UnSettledQuan: -868000 PerShareCharge: 3.4 Rate: 7.5% |

## Transactions

| Trade | Settle | Buy/Sell | Qnty | Symbol | | ISIN | Security Description | |
|---|---|---|---|---|---|---|---|---|
| 06/12/13 | 06/12/13 | Sell | (768,000 | BIZM | | US09072T1007 | BIOZOOM INC | |
| **Price** | **Comm** | **TrFee** | **AccInt** | | | | **Charge** | **Credit** |
| 3.1400 | $97,000.00 | $41.97 | | | | | | $2,314,478.03 |

| Cur |
|---|
| USD |

| Trade | Settle | Buy/Sell | Qnty | Symbol | | ISIN | Security Description | |
|---|---|---|---|---|---|---|---|---|
| 06/07/13 | 06/12/13 | Sell | (100,000 | BIZM | | US09072T1007 | BIOZOOM INC | |
| **Price** | **Comm** | **TrFee** | **AccInt** | | | | **Charge** | **Credit** |
| 1.6900 | $7,605.00 | $2.95 | | | | | | $161,392.05 |

| Cur |
|---|
| USD |

| Trade | Settle | Buy/Sell | Qnty | Symbol | | ISIN | Security Description | Remarks |
|---|---|---|---|---|---|---|---|---|
| 06/06/13 | 06/06/13 | Fee | | BIZM | | US09072T1007 | BIOZOOM INC | As of entry booked on 6/11/2013. NSCC Illiquid Charge: Symb: BIZM (OTC Li) UnSettledQuan: -278825 PerShareCharge: 1.7 Rate: 7.5% |
| **Price** | **Comm** | **TrFee** | **AccInt** | | | | **Charge** | **Credit** |
| | | | | | | | $98.75 | |

| Cur |
|---|
| USD |

| Trade | Settle | Buy/Sell | Qnty | Symbol | | ISIN | Security Description | |
|---|---|---|---|---|---|---|---|---|
| 06/06/13 | 06/06/13 | Sell | (278,825 | BIZM | | US09072T1007 | BIOZOOM INC | |
| **Price** | **Comm** | **TrFee** | **AccInt** | | | | **Charge** | **Credit** |
| 1.6479 | $22,500.00 | $8.00 | | | | | | $436,969.50 |

| Cur |
|---|
| USD |

| Trade | Settle | Buy/Sell | Qnty | Symbol | | ISIN | Security Description | Remarks |
|---|---|---|---|---|---|---|---|---|
| 06/03/13 | 06/03/13 | Interest Charge | | Cash | | | Cash | As of entry booked on 6/4/2013. Interest DbBal May-13 (3) |
| **Price** | **Comm** | **TrFee** | **AccInt** | | | | **Charge** | **Credit** |
| | | | | | | | $2.98 | |

| Cur |
|---|
| USD |

Please be advised that further information with respect to commissions and other charges related to the execution of all transactions (including options trasactions) as well as the time of the execution has been included in confirmations of such transactions previously furnished to you.

To protect your rights please advise Lek Securities immediately of any inaccuracy in this account statement. Any oral communication should be confirmed in writing.

Please notify Lek Securities promptly of any material change in your investment objectives or financial situation.

Free credit balances in your account are available to you on demand. Such funds might not immediately be segregated and may be used in the operation of our business.

The NYSE and the NASDAQ and possibly other exchanges and ECNs give discounts to their largest customers based on volume. Lek Securities Corp. is committed to providing its clients with the best execution service at competitive commission rates. In an effort to maintain our competitive pricing our firm may aggregate some of our order flow with large liquidity providing firms. This will allow us to potentially receive lower fees and higher rebates based on a higher aggregate volume. We will continue to pass through the rebates and fees that our customers would normally receive as if they were direct members of the NYSE, NASDAQ and the other exchanges and ECNs. Should any of our clients reach a breakpoint that would entitle them to preferential pricing, such preferential rates will be taken into account when calculating the total commission. However, we will not pass on savings based on third party clients' trading volume that a customer would not receive if the firm were a direct member of the relevant market center.