# Exhibit 13

5/30/2014 -- 3:08 PM

COVER PAGE

Account: GOLDMAN DANIELA
Account ID: 307443536ist1

CONFIDENTIAL

5/30/2014 -- 3:08 PM

| Posting Date | Trans Type | Symbol | Prior | Quantity | Settle Date | Current | Executed | Trd Amt |
|---|---|---|---|---|---|---|---|---|
| 6/6/2013 | Sell | BIZM | 78,855.00 | -51,500.00 | 6/11/2013 | 27355 | 1.71 | -85,375.81 |
| 6/6/2013 | Sell Cancel | BIZM | 0 | 78,855.00 | 6/11/2013 | 78855 | 1.71 | 130,748.74 |
| 6/6/2013 | Sell | BIZM | 17,393.00 | -17,393.00 | 6/11/2013 | 0 | 1.7028 | -28,685.95 |
| 6/6/2013 | Sell | BIZM | 96,248.00 | -78,855.00 | 6/11/2013 | 17393 | 1.71 | -130,748.74 |
| 6/6/2013 | Sell | BIZM | 146,993.00 | -50,745.00 | 6/11/2013 | 96248 | 1.68 | -82,646.87 |
| 6/6/2013 | Sell | BIZM | 173,265.00 | -26,272.00 | 6/11/2013 | 146993 | 1.7 | -43,278.87 |
| 6/6/2013 | Sell | BIZM | 253,265.00 | -80,000.00 | 6/11/2013 | 173265 | 1.673 | -129,776.77 |
| 6/6/2013 | Sell | BIZM | 321,835.00 | -68,570.00 | 6/11/2013 | 253265 | 1.7 | -113,024.20 |
| 6/6/2013 | Sell | BIZM | 357,685.00 | -35,850.00 | 6/11/2013 | 321835 | 1.7 | -59,071.56 |
| 6/6/2013 | Sell | BIZM | 457,685.00 | -100,000.00 | 6/11/2013 | 357685 | 1.683 | -163,202.38 |
| 6/6/2013 | Sell | BIZM | 507,685.00 | -50,000.00 | 6/11/2013 | 457685 | 1.69 | -81,917.82 |
| 6/6/2013 | Sell | BIZM | 557,685.00 | -50,000.00 | 6/11/2013 | 507685 | 1.683 | -81,578.33 |
| 6/5/2013 | Sell | BIZM | 586,075.00 | -28,390.00 | 6/11/2013 | 557685 | 1.58585 | -43,625.13 |
| 6/5/2013 | Sell Cancel | BIZM | 529,295.00 | 56,780.00 | 6/10/2013 | 586075 | 0.872217501 | 47,992.21 |
| 6/5/2013 | Sell | BIZM | 593,370.00 | -64,075.00 | 6/10/2013 | 529295 | 1.62 | -100,639.95 |
| 6/5/2013 | Sell | BIZM | 650,150.00 | -56,780.00 | 6/10/2013 | 593370 | 0.872217501 | -47,992.21 |
| 6/5/2013 | Sell | BIZM | 689,534.00 | -39,384.00 | 6/10/2013 | 650150 | 1.5957 | -60,914.16 |
| 6/5/2013 | Sell | BIZM | 818,722.00 | -129,188.00 | 6/10/2013 | 689534 | 1.64 | -205,398.30 |
| 6/5/2013 | Sell | BIZM | 901,882.00 | -83,160.00 | 6/10/2013 | 818722 | 1.64 | -132,242.85 |
| 6/5/2013 | Sell | BIZM | 962,216.00 | -60,334.00 | 6/10/2013 | 901882 | 1.6433 | -96,125.03 |
| 6/5/2013 | Sell | BIZM | 976,405.00 | -14,189.00 | 6/10/2013 | 962216 | 1.65 | -22,667.65 |
| 6/5/2013 | Sell | BIZM | 1,076,405.00 | -100,000.00 | 6/10/2013 | 976405 | 1.64 | -159,031.44 |
| 6/5/2013 | Sell | BIZM | 1,126,405.00 | -50,000.00 | 6/10/2013 | 1076405 | 1.6434 | -79,657.77 |
| 6/5/2013 | Sell | BIZM | 1,176,405.00 | -50,000.00 | 6/10/2013 | 1126405 | 1.6434 | -79,657.77 |
| 6/5/2013 | Sell | BIZM | 1,226,405.00 | -50,000.00 | 6/10/2013 | 1176405 | 1.6154 | -78,299.79 |
| 6/5/2013 | Sell | BIZM | 1,276,405.00 | -50,000.00 | 6/10/2013 | 1226405 | 1.6236 | -78,697.48 |
| 6/5/2013 | Sell | BIZM | 1,326,405.00 | -50,000.00 | 6/10/2013 | 1276405 | 1.6038 | -77,737.20 |
| 6/4/2013 | Sell | BIZM | 1,406,405.00 | -80,000.00 | 6/7/2013 | 1326405 | 1.5543 | -120,565.81 |
| 6/4/2013 | Sell | BIZM | 1,426,305.00 | -19,900.00 | 6/7/2013 | 1406405 | 1.5366 | -29,618.33 |
| 6/4/2013 | Sell | BIZM | 1,462,905.00 | -36,600.00 | 6/7/2013 | 1426305 | 1.57 | -55,693.03 |
| 6/4/2013 | Sell | BIZM | 1,491,574.00 | -28,669.00 | 6/7/2013 | 1462905 | 1.584 | -44,005.39 |

| Posting Date | Trans Type | Symbol | Prior | Quantity | Settle Date | Current | Executed | Trd Amt |
|---|---|---|---|---|---|---|---|---|
| 6/4/2013 | Sell | BIZM | 1,496,574.00 | -5,000.00 | 6/7/2013 | 1491574 | 1.6 | -7,719.51 |
| 6/4/2013 | Sell | BIZM | 1,596,574.00 | -100,000.00 | 6/7/2013 | 1496574 | 1.56615 | -151,868.12 |
| 6/3/2013 | Sell | BIZM | 1,636,311.00 | -39,737.00 | 6/6/2013 | 1596574 | 1.4775 | -56,904.57 |
| 6/3/2013 | Sell | BIZM | 1,696,686.00 | -60,375.00 | 6/6/2013 | 1636311 | 1.525119 | -89,269.38 |
| 6/3/2013 | Sell | BIZM | 1,711,886.00 | -15,200.00 | 6/6/2013 | 1696686 | 1.534 | -22,575.32 |
| 6/3/2013 | Sell | BIZM | 1,811,886.00 | -100,000.00 | 6/6/2013 | 1711886 | 1.527 | -148,070.64 |
| 6/3/2013 | Sell | BIZM | 1,911,886.00 | -100,000.00 | 6/6/2013 | 1811886 | 1.53 | -148,361.63 |
| 6/3/2013 | Sell | BIZM | 2,061,886.00 | -150,000.00 | 6/6/2013 | 1911886 | 1.5146 | -220,249.65 |
| 6/3/2013 | Sell | BIZM | 2,161,886.00 | -100,000.00 | 6/6/2013 | 2061886 | 1.4949 | -144,956.99 |
| 5/31/2013 | Sell | BIZM | 2,231,856.00 | -69,970.00 | 6/5/2013 | 2161886 | 1.44795 | -98,226.20 |
| 5/31/2013 | Sell | BIZM | 2,295,995.00 | -64,139.00 | 6/5/2013 | 2231856 | 1.465 | -91,097.40 |
| 5/30/2013 | Sell | BIZM | 2,406,280.00 | -110,285.00 | 6/4/2013 | 2295995 | 1.445 | -154,477.36 |
| 5/29/2013 | Sell | BIZM | 2,407,730.00 | -1,450.00 | 6/3/2013 | 2406280 | 1.42 | -1,944.04 |
| 5/29/2013 | Sell | BIZM | 2,413,830.00 | -6,100.00 | 6/3/2013 | 2407730 | 1.43 | -8,420.67 |
| 5/28/2013 | Sell | BIZM | 2,440,000.00 | -26,170.00 | 5/31/2013 | 2413830 | 1.386 | -35,139.97 |
| 5/28/2013 | Sell | BIZM | 2,485,000.00 | -45,000.00 | 5/31/2013 | 2440000 | 1.3606 | -59,344.01 |
| 5/22/2013 | Stock Receipt | BIZM | 0 | 2,485,000.00 | 5/22/2013 | 2485000 | | |