# Exhibit 15

5/30/2014 -- 3:10 PM

COVER PAGE

Account: BAGATTIN ADRIAN
Account ID: 154215345ist1

CONFIDENTIAL

| Posting Date | Trans Type | Symbol | Prior | Quantity | Settle Date | Current | Executed | Trd Amt |
|---|---|---|---|---|---|---|---|---|
| 6/18/2013 | Sell | BIZM | 611,274.00 | -478,000.00 | 6/21/2013 | 133274 | 4.08 | -1,891,414.22 |
| 6/18/2013 | Sell | BIZM | 1,136,274.00 | -525,000.00 | 6/20/2013 | 611274 | 3.57 | -1,817,681.68 |
| 6/18/2013 | Sell Cancel | BIZM | 611,274.00 | 525,000.00 | 6/20/2013 | 1136274 | 3 1/2 | 1,782,034.88 |
| 6/17/2013 | Sell | BIZM | 1,136,274.00 | -525,000.00 | 6/20/2013 | 611274 | 3 1/2 | -1,782,034.88 |
| 6/14/2013 | Sell | BIZM | 1,411,274.00 | -275,000.00 | 6/19/2013 | 1136274 | 3 1/8 | -833,395.61 |
| 6/11/2013 | Sell | BIZM | 1,441,274.00 | -30,000.00 | 6/14/2013 | 1411274 | 2.992 | -87,022.31 |
| 6/10/2013 | Sell | BIZM | 1,541,274.00 | -100,000.00 | 6/13/2013 | 1441274 | 1.81 | -175,551.16 |
| 6/10/2013 | Sell Cancel | BIZM | 1,441,274.00 | 100,000.00 | 6/13/2013 | 1541274 | 1.8 | 174,551.17 |
| 6/10/2013 | Sell | BIZM | 1,447,774.00 | -6,500.00 | 6/13/2013 | 1441274 | 1.7622 | -11,069.95 |
| 6/10/2013 | Sell | BIZM | 1,465,974.00 | -18,200.00 | 6/13/2013 | 1447774 | 1.782 | -31,416.94 |
| 6/10/2013 | Sell | BIZM | 1,515,000.00 | -49,026.00 | 6/13/2013 | 1465974 | 1.81 | -86,027.82 |
| 6/10/2013 | Sell | BIZM | 1,530,000.00 | -15,000.00 | 6/13/2013 | 1515000 | 2.17 | -31,531.40 |
| 6/10/2013 | Sell | BIZM | 1,545,000.00 | -15,000.00 | 6/13/2013 | 1530000 | 2.1389 | -31,078.90 |
| 6/10/2013 | Sell | BIZM | 1,560,000.00 | -15,000.00 | 6/13/2013 | 1545000 | 2.17 | -31,531.40 |
| 6/10/2013 | Sell | BIZM | 1,575,000.00 | -15,000.00 | 6/13/2013 | 1560000 | 2.178 | -31,647.80 |
| 6/10/2013 | Sell | BIZM | 1,590,000.00 | -15,000.00 | 6/13/2013 | 1575000 | 2.16 | -31,385.90 |
| 6/10/2013 | Sell | BIZM | 1,605,000.00 | -15,000.00 | 6/13/2013 | 1590000 | 2.1285 | -30,927.58 |
| 6/10/2013 | Sell | BIZM | 1,620,000.00 | -15,000.00 | 6/13/2013 | 1605000 | 2.13 | -30,949.41 |
| 6/10/2013 | Sell | BIZM | 1,635,000.00 | -15,000.00 | 6/13/2013 | 1620000 | 2.12 | -30,803.91 |
| 6/10/2013 | Sell | BIZM | 1,650,000.00 | -15,000.00 | 6/13/2013 | 1635000 | 2.0988 | -30,495.46 |
| 6/10/2013 | Sell | BIZM | 1,665,000.00 | -15,000.00 | 6/13/2013 | 1650000 | 2.0889 | -30,351.41 |
| 6/10/2013 | Sell | BIZM | 1,680,000.00 | -15,000.00 | 6/13/2013 | 1665000 | 2.08 | -30,221.92 |
| 6/10/2013 | Sell | BIZM | 1,695,000.00 | -15,000.00 | 6/13/2013 | 1680000 | 2.0493 | -29,775.24 |
| 6/10/2013 | Sell | BIZM | 1,710,000.00 | -15,000.00 | 6/13/2013 | 1695000 | 2.0592 | -29,919.29 |
| 6/10/2013 | Sell | BIZM | 1,725,000.00 | -15,000.00 | 6/13/2013 | 1710000 | 2.04 | -29,639.93 |
| 6/10/2013 | Sell | BIZM | 1,740,000.00 | -15,000.00 | 6/13/2013 | 1725000 | 2.04 | -29,639.93 |
| 6/10/2013 | Sell | BIZM | 1,755,000.00 | -15,000.00 | 6/13/2013 | 1740000 | 1.999 | -29,043.39 |
| 6/10/2013 | Sell | BIZM | 1,770,000.00 | -15,000.00 | 6/13/2013 | 1755000 | 2.03 | -29,494.44 |
| 6/10/2013 | Sell | BIZM | 1,785,000.00 | -15,000.00 | 6/13/2013 | 1770000 | 2.0097 | -29,199.07 |
| 6/10/2013 | Sell | BIZM | 1,810,000.00 | -25,000.00 | 6/13/2013 | 1785000 | 1.98 | -47,971.40 |
| 6/10/2013 | Sell | BIZM | 1,835,000.00 | -25,000.00 | 6/13/2013 | 1810000 | 1.97 | -47,728.91 |

CONFIDENTIAL

5/30/2014 -- 3:10 PM

| Posting Date | Trans Type | Symbol | Prior | Quantity | Settle Date | Current | Executed | Trd Amt |
|---|---|---|---|---|---|---|---|---|
| 6/10/2013 | Sell | BIZM | 1,935,000.00 | -100,000.00 | 6/13/2013 | 1835000 | 1.8 | -174,551.17 |
| 6/10/2013 | Sell | BIZM | 2,060,000.00 | -125,000.00 | 6/13/2013 | 1935000 | 1.79 | -216,925.41 |
| 6/10/2013 | Sell | BIZM | 2,185,000.00 | -125,000.00 | 6/13/2013 | 2060000 | 1.7721 | -214,755.07 |
| 6/10/2013 | Sell | BIZM | 2,310,000.00 | -125,000.00 | 6/13/2013 | 2185000 | 1.78 | -215,712.93 |
| 5/22/2013 | Stock Receipt | BIZM | 0 | 2,310,000.00 | 5/22/2013 | 2310000 | | |

CONFIDENTIAL