# Exhibit 17

5/30/2014 -- 3:12 PM

Account: FERRARI MARIANO
Account ID: 275955327ist1

COVER PAGE

CONFIDENTIAL

| Posting Date | Trans Type | Symbol | Prior | Quantity | Settle Date | Current | Executed | Trd Amt |
|---|---|---|---|---|---|---|---|---|
| 6/19/2013 | Sell | BIZM | 804,962.00 | -614,000.00 | 6/24/2013 | 190962 | 4.325 | -2,575,484.67 |
| 6/18/2013 | Sell | BIZM | 828,802.00 | -23,840.00 | 6/21/2013 | 804962 | 4.14 | -95,692.37 |
| 6/18/2013 | Sell | BIZM | 856,361.00 | -27,559.00 | 6/21/2013 | 828802 | 4.257 | -113,754.02 |
| 6/18/2013 | Sell | BIZM | 881,816.00 | -25,455.00 | 6/21/2013 | 856361 | 4.155 | -102,547.94 |
| 6/18/2013 | Sell | BIZM | 892,016.00 | -10,200.00 | 6/21/2013 | 881816 | 4.2688 | -42,193.79 |
| 6/18/2013 | Sell | BIZM | 991,830.00 | -99,814.00 | 6/21/2013 | 892016 | 4.266 | -412,979.23 |
| 6/17/2013 | Sell | BIZM | 998,205.00 | -6,375.00 | 6/20/2013 | 991830 | 3.6729 | -22,671.38 |
| 6/17/2013 | Sell | BIZM | 1,029,850.00 | -31,645.00 | 6/20/2013 | 998205 | 3.7 | -113,528.35 |
| 6/10/2013 | Sell | BIZM | 1,060,000.00 | -30,150.00 | 6/13/2013 | 1029850 | 1.8 | -52,597.61 |
| 6/10/2013 | Sell | BIZM | 1,212,307.00 | -152,307.00 | 6/13/2013 | 1060000 | 1.821 | -268,903.84 |
| 6/10/2013 | Sell | BIZM | 1,387,307.00 | -175,000.00 | 6/13/2013 | 1212307 | 1.83 | -310,503.73 |
| 6/10/2013 | Sell | BIZM | 1,487,307.00 | -100,000.00 | 6/13/2013 | 1387307 | 1.83 | -177,461.12 |
| 6/10/2013 | Sell | BIZM | 1,587,307.00 | -100,000.00 | 6/13/2013 | 1487307 | 1.782 | -172,805.20 |
| 6/7/2013 | Sell | BIZM | 1,629,695.00 | -42,388.00 | 6/12/2013 | 1587307 | 1.76 | -72,318.71 |
| 6/7/2013 | Sell | BIZM | 1,647,645.00 | -17,950.00 | 6/12/2013 | 1629695 | 1.7523 | -30,467.74 |
| 6/7/2013 | Sell | BIZM | 1,670,000.00 | -22,355.00 | 6/12/2013 | 1647645 | 1.752 | -37,947.88 |
| 6/7/2013 | Sell | BIZM | 1,770,000.00 | -100,000.00 | 6/12/2013 | 1670000 | 1.7424 | -168,964.07 |
| 6/7/2013 | Sell | BIZM | 1,870,000.00 | -100,000.00 | 6/12/2013 | 1770000 | 1 3/4 | -169,701.26 |
| 6/7/2013 | Sell | BIZM | 2,185,000.00 | -315,000.00 | 6/12/2013 | 1870000 | 1.69 | -516,167.05 |
| 6/6/2013 | Stock Delivery | BIZM | 2,310,000.00 | -125,000.00 | 6/6/2013 | 2185000 | | |
| 6/5/2013 | Stock Delivery | BIZM | 2,435,000.00 | -125,000.00 | 6/5/2013 | 2310000 | | |
| 6/5/2013 | Stock Receipt | BIZM | 2,310,000.00 | 125,000.00 | 6/5/2013 | 2435000 | | |
| 5/22/2013 | Stock Receipt | BIZM | 0 | 2,310,000.00 | 5/22/2013 | 2310000 | | |