# Exhibit 19

5/30/2014 -- 3:11 PM

COVER PAGE

Account: TAVELLA MAGDALE
Account ID: 523713831ist1

CONFIDENTIAL

5/30/2014 -- 3:11 PM

| Posting Date | Trans Type | Symbol | Prior | Quantity | Settle Date | Current | Executed | Trd Amt |
|---|---|---|---|---|---|---|---|---|
| 6/20/2013 | Buy | BIZM | 271,656.00 | 11,300.00 | 6/25/2013 | 282956 | 3.9491 | 44,999.26 |
| 6/20/2013 | Buy Cancel | BIZM | 282,956.00 | -11,300.00 | 6/25/2013 | 271656 | 3.9491 | -46,003.33 |
| 6/20/2013 | Sell Cancel | BIZM | 247,316.00 | 35,640.00 | 6/24/2013 | 282956 | 4.4436 | 153,572.05 |
| 6/20/2013 | Buy | BIZM | 236,016.00 | 11,300.00 | 6/25/2013 | 247316 | 3.9491 | 46,003.33 |
| 6/19/2013 | Buy | BIZM | 235,016.00 | 1,000.00 | 6/24/2013 | 236016 | 4.01 | 4,124.75 |
| 6/19/2013 | Buy Cancel | BIZM | 236,016.00 | -1,000.00 | 6/24/2013 | 235016 | 4.01 | -4,170.05 |
| 6/19/2013 | Buy | BIZM | 235,016.00 | 1,000.00 | 6/24/2013 | 236016 | 3.9895 | 4,104.25 |
| 6/19/2013 | Buy Cancel | BIZM | 236,016.00 | -1,000.00 | 6/24/2013 | 235016 | 3.9895 | -4,148.94 |
| 6/19/2013 | Buy | BIZM | 189,416.00 | 46,600.00 | 6/24/2013 | 236016 | 3.92 | 184,081.79 |
| 6/19/2013 | Buy Cancel | BIZM | 236,016.00 | -46,600.00 | 6/24/2013 | 189416 | 3.92 | -188,191.90 |
| 6/19/2013 | Buy | BIZM | 186,016.00 | 50,000.00 | 6/24/2013 | 236016 | 3.939 | 198,466.87 |
| 6/19/2013 | Buy Cancel | BIZM | 236,016.00 | -50,000.00 | 6/24/2013 | 186016 | 3.939 | -202,898.24 |
| 6/19/2013 | Buy | BIZM | 226,016.00 | 10,000.00 | 6/24/2013 | 236016 | 3.939 | 39,725.17 |
| 6/19/2013 | Buy Cancel | BIZM | 236,016.00 | -10,000.00 | 6/24/2013 | 226016 | 3.939 | -40,611.45 |
| 6/19/2013 | Buy | BIZM | 231,016.00 | 5,000.00 | 6/24/2013 | 236016 | 3.91 | 19,736.37 |
| 6/19/2013 | Buy Cancel | BIZM | 236,016.00 | -5,000.00 | 6/24/2013 | 231016 | 3.91 | -20,176.25 |
| 6/19/2013 | Buy | BIZM | 231,016.00 | 5,000.00 | 6/24/2013 | 236016 | 3.92 | 19,786.75 |
| 6/19/2013 | Buy Cancel | BIZM | 236,016.00 | -5,000.00 | 6/24/2013 | 231016 | 3.92 | -20,227.75 |
| 6/19/2013 | Buy | BIZM | 206,016.00 | 30,000.00 | 6/24/2013 | 236016 | 3.91 | 118,219.50 |
| 6/19/2013 | Buy Cancel | BIZM | 236,016.00 | -30,000.00 | 6/24/2013 | 206016 | 3.91 | -120,858.75 |
| 6/19/2013 | Buy | BIZM | 235,516.00 | 500 | 6/24/2013 | 236016 | 4 | 2,114.75 |
| 6/19/2013 | Buy | BIZM | 234,516.00 | 1,000.00 | 6/24/2013 | 235516 | 4.01 | 4,170.05 |
| 6/19/2013 | Buy | BIZM | 233,516.00 | 1,000.00 | 6/24/2013 | 234516 | 3.9895 | 4,148.94 |
| 6/19/2013 | Sell | BIZM | 269,156.00 | -35,640.00 | 6/24/2013 | 233516 | 4.4436 | -153,572.05 |
| 6/19/2013 | Buy | BIZM | 264,156.00 | 5,000.00 | 6/24/2013 | 269156 | 3.91 | 20,176.25 |
| 6/19/2013 | Buy | BIZM | 217,556.00 | 46,600.00 | 6/24/2013 | 264156 | 3.92 | 188,191.90 |
| 6/19/2013 | Buy | BIZM | 167,556.00 | 50,000.00 | 6/24/2013 | 217556 | 3.939 | 202,898.24 |
| 6/19/2013 | Buy | BIZM | 157,556.00 | 10,000.00 | 6/24/2013 | 167556 | 3.939 | 40,611.45 |
| 6/19/2013 | Buy | BIZM | 152,556.00 | 5,000.00 | 6/24/2013 | 157556 | 3.92 | 20,227.75 |
| 6/19/2013 | Buy | BIZM | 122,556.00 | 30,000.00 | 6/24/2013 | 152556 | 3.91 | 120,858.75 |
| 6/11/2013 | Sell | BIZM | 322,556.00 | -200,000.00 | 6/14/2013 | 122556 | 2.902 | -562,832.22 |

CONFIDENTIAL

5/30/2014 -- 3:11 PM

| Posting Date | Trans Type | Symbol | Prior | Quantity | Settle Date | Current | Executed | Trd Amt |
|---|---|---|---|---|---|---|---|---|
| 6/11/2013 | Sell | BIZM | 422,556.00 | -100,000.00 | 6/14/2013 | 322556 | 2.902 | -281,443.26 |
| 6/11/2013 | Sell | BIZM | 622,556.00 | -200,000.00 | 6/13/2013 | 422556 | 1.880374 | -364,740.31 |
| 6/11/2013 | Sell Cancel | BIZM | 572,556.00 | 50,000.00 | 6/13/2013 | 622556 | 1.985 | 96,225.07 |
| 6/10/2013 | Sell | BIZM | 622,556.00 | -50,000.00 | 6/13/2013 | 572556 | 1.89 | -91,617.65 |
| 6/10/2013 | Sell | BIZM | 660,221.00 | -37,665.00 | 6/13/2013 | 622556 | 1.91 | -69,734.99 |
| 6/10/2013 | Sell Cancel | BIZM | 572,556.00 | 87,665.00 | 6/13/2013 | 660221 | 1.898592939 | 161,398.35 |
| 6/10/2013 | Sell | BIZM | 660,221.00 | -87,665.00 | 6/13/2013 | 572556 | 1.898592939 | -161,398.35 |
| 6/10/2013 | Sell | BIZM | 760,221.00 | -100,000.00 | 6/13/2013 | 660221 | 1.8216 | -176,646.34 |
| 6/10/2013 | Sell | BIZM | 775,221.00 | -15,000.00 | 6/13/2013 | 760221 | 2.09 | -30,367.42 |
| 6/10/2013 | Sell | BIZM | 825,221.00 | -50,000.00 | 6/13/2013 | 775221 | 1.985 | -96,225.07 |
| 6/10/2013 | Sell | BIZM | 875,221.00 | -50,000.00 | 6/13/2013 | 825221 | 1.95 | -94,527.60 |
| 6/10/2013 | Sell | BIZM | 925,221.00 | -50,000.00 | 6/13/2013 | 875221 | 1.92 | -93,072.62 |
| 6/10/2013 | Sell | BIZM | 950,221.00 | -25,000.00 | 6/13/2013 | 925221 | 1.92 | -46,516.43 |
| 6/10/2013 | Sell | BIZM | 1,050,221.00 | -100,000.00 | 6/13/2013 | 950221 | 1.87 | -181,341.05 |
| 6/7/2013 | Sell | BIZM | 1,105,925.00 | -55,704.00 | 6/12/2013 | 1050221 | 1.7325 | -93,564.59 |
| 6/7/2013 | Sell | BIZM | 1,289,651.00 | -183,726.00 | 6/12/2013 | 1105925 | 1.74 | -309,949.62 |
| 6/7/2013 | Sell | BIZM | 1,304,251.00 | -14,600.00 | 6/12/2013 | 1289651 | 1.73 | -24,458.33 |
| 6/7/2013 | Sell | BIZM | 1,414,251.00 | -110,000.00 | 6/12/2013 | 1304251 | 1.7325 | -184,753.73 |
| 6/7/2013 | Sell | BIZM | 1,491,303.00 | -77,052.00 | 6/12/2013 | 1414251 | 1 3/4 | -130,747.72 |
| 6/7/2013 | Sell | BIZM | 1,540,000.00 | -48,697.00 | 6/12/2013 | 1491303 | 1 3/4 | -82,616.13 |
| 6/7/2013 | Sell | BIZM | 1,565,000.00 | -25,000.00 | 6/12/2013 | 1540000 | 1.7424 | -42,209.71 |
| 6/7/2013 | Sell | BIZM | 1,590,000.00 | -25,000.00 | 6/12/2013 | 1565000 | 1 3/4 | -42,394.00 |
| 6/7/2013 | Sell | BIZM | 1,715,000.00 | -125,000.00 | 6/12/2013 | 1590000 | 1.7226 | -208,753.30 |
| 6/6/2013 | Stock Delivery | BIZM | 1,815,000.00 | -100,000.00 | 6/6/2013 | 1715000 | | |
| 6/5/2013 | Stock Delivery | BIZM | 1,915,000.00 | -100,000.00 | 6/5/2013 | 1815000 | | |
| 6/5/2013 | Stock Receipt | BIZM | 1,815,000.00 | 100,000.00 | 6/5/2013 | 1915000 | | |
| 5/22/2013 | Stock Receipt | BIZM | 0 | 1,815,000.00 | 5/22/2013 | 1815000 | | |