# Exhibit 20



# U.S. Securities and Exchange Commission

# Division of Enforcement

# Prejudgment Interest Report

## Exhibit 20 - Ficicchia PJI

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $2,037,616.00 |
| 07/01/2013-09/30/2013 | 3% | 0.76% | $15,407.73 | $2,053,023.73 |
| 10/01/2013-12/31/2013 | 3% | 0.76% | $15,524.23 | $2,068,547.96 |
| 01/01/2014-03/31/2014 | 3% | 0.74% | $15,301.59 | $2,083,849.55 |
| 04/01/2014-05/31/2014 | 3% | 0.5% | $10,447.79 | $2,094,297.34 |

| Prejudgment Violation Range | | | Quarter Interest Total | Prejudgment Total |
|---|---|---|---|---|
| 07/01/2013-05/31/2014 | | | $56,681.34 | $2,094,297.34 |