# Exhibit 21



# U.S. Securities and Exchange Commission

# Division of Enforcement

# Prejudgment Interest Report

## Gonzalo Garcia Blaya Pre-Judgment Interest

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $3,063,501.00 |
| 07/01/2013-09/30/2013 | 3% | 0.76% | $23,165.10 | $3,086,666.10 |
| 10/01/2013-12/31/2013 | 3% | 0.76% | $23,340.27 | $3,110,006.37 |
| 01/01/2014-03/31/2014 | 3% | 0.74% | $23,005.53 | $3,133,011.90 |
| 04/01/2014-05/31/2014 | 3% | 0.5% | $15,707.98 | $3,148,719.88 |

| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
|---|---|---|---|---|
| **07/01/2013-05/31/2014** | | | **$85,218.88** | **$3,148,719.88** |