# Exhibit 22



# U.S. Securities and Exchange Commission

## Division of Enforcement

## Prejudgment Interest Report

### Cecilia De Lorenzo Pre-Judgment Interest

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $5,012,250.00 |
| 07/01/2013-09/30/2013 | 3% | 0.76% | $37,900.85 | $5,050,150.85 |
| 10/01/2013-12/31/2013 | 3% | 0.76% | $38,187.44 | $5,088,338.29 |
| 01/01/2014-03/31/2014 | 3% | 0.74% | $37,639.76 | $5,125,978.05 |
| 04/01/2014-05/31/2014 | 3% | 0.5% | $25,700.11 | $5,151,678.16 |

| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
|---|---|---|---|---|
| **07/01/2013-05/31/2014** | | | **$139,428.16** | **$5,151,678.16** |