# Exhibit 23



# U.S. Securities and Exchange Commission

# Division of Enforcement

# Prejudgment Interest Report

### Lucia Mariana Hernando Pre-Judgment Interest

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $5,263,585.00 |
| 07/01/2013-09/30/2013 | 3% | 0.76% | $39,801.36 | $5,303,386.36 |
| 10/01/2013-12/31/2013 | 3% | 0.76% | $40,102.32 | $5,343,488.68 |
| 01/01/2014-03/31/2014 | 3% | 0.74% | $39,527.18 | $5,383,015.86 |
| 04/01/2014-05/31/2014 | 3% | 0.5% | $26,988.82 | $5,410,004.68 |

| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
|---|---|---|---|---|
| **07/01/2013-05/31/2014** | | | **$146,419.68** | **$5,410,004.68** |