UNITED     STATES     DISTRICT     COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                                    :
SECURITIES AND EXCHANGE                             :
COMMISSION,                                         :
                                                    :
                          Plaintiff,                :
                                                    :          Civil Action No. 13-CIV-4609
               v.                                   :
                                                    :
MAGDALENA TAVELLA, et al.,                          :
                                                    :
                          Defendants.               :
_____ :

### NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT

Please take notice that the defendants, Mariano Graciarena ("Graciarena") and Fernando Loureyro ("Loureyro"), through their counsel, request this Court extend the deadline to respond to the Complaint filed by the plaintiff, Securities and Exchange Commission ("SEC") to August 29, 2014.  In  support  thereof, they state as follows:

1.     Pursuant to Rule 6(b)(1)(a), courts may extend deadlines for good cause upon motion before the original time expires. *See* Fed. R. Civ. P. 6(b)(1)(a).

2.     On or about March 17, 2014, Graciarena and Loureyro were allegedly served with process as defendants in the above matter.

3.     According the Federal Rules of Civil Procedure, the original deadline to respond was April  7, 2014.

4.     On April 7, 2014, Graciarena and Loureyro filed a Notice of Unopposed Motion and Unopposed Motion for Extension of Time to File Response to Plaintiff´s Complaint, which motion was granted on April 8, 2014.

5.     On April 23, 2014, Graciarena and Loureyro filed a second Notice of Unopposed Motion and Unopposed Motion for Extension of Time to File Response to Plaintiff´s Complaint

on May 12, 2014, which motion was granted on April 24, 2014.

6.      On May 9, 2014, Graciarena and Loureyro filed a third Notice of Unopposed Motion and Unopposed Motion for Extension of Time to File Response to Plaintiff´s Complaint on May 30, 2014, which motion was granted on May 15, 2014.

7.      On May 30, 2014, Graciarena and Loureyro filed a fourth Notice of Unopposed Motion and Unopposed Motion for Extension of Time to File Response to Plaintiff´s Complaint on June 17, 2014, which motion was granted on June 4, 2014.

8.      On June 17, 2014, Graciarena and Loureyro filed a fifth Notice of Unopposed Motion and Unopposed Motion for Extension of Time to File Response to Plaintiff´s Complaint on July 1, 2014, which motion was granted on June 19, 2014.

9.      On July 7, 2014, Graciarena and Loureyro filed a sixth Notice of Unopposed Motion and Unopposed Motion for Extension of Time to File Response to Plaintiff´s Complaint on July 31, 2014, which motion was granted on June 19, 2014.

10.     Graciarena and Loureyro are seeking to resolve this matter through settlement negotiations with the SEC.

11.     The SEC will suffer no prejudice by the granting of the requested extension. There are no other pending deadlines that will be disturbed by granting this motion.

12.     Graciarena and Loureyro have filed this Motion with good cause and in good faith and do not interpose it for purposes of improper delay. Graciarena and Loureyro request that their response to the Complaint be due on August 29, 2014.

13.     Graciarena and Loureyro reserve and do not waive any and all potential objections to this action or defenses to the Complaint.

14.     Counsel for Graciarena and Loureyro have conferred with counsel for the SEC, and there is no opposition to the filing of this Motion.

Dated: New York, New York
       July 31, 2014

GOMM & SMITH

By:_____/s/Mauricio Gomm_____

Mauricio  Gomm  Santos
1501 Broadway, 12th Floor
New York, NY 10036
Tel.: (646) 571-2141
mauricio.gomm@gommsmith.com
*Attorney for Graciarena and Loureyro*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2014, I electronically filed the foregoing paper with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record.

GOMM & SMITH

By:_____/s/Mauricio Gomm_____

Mauricio Gomm Santos
1501 Broadway, 12th Floor
New York, NY 10036
Tel.: (646) 571-2141
mauricio.gomm@gommsmith.com