MEMO ENDORSED

MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,

                 Plaintiff,

          v.

MAGDALENA TAVELLA, et al.,

                 Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/03/2014

Civil Action No. 13-CIV-4609

ENDORSEMENT

Motion granted.

[signature]
October 31, 2014

MEMO ENDORSED

**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

Please take notice that the defendants, Mariano Graciarena ("Graciarena") and Fernando Loureyro ("Loureyro"), through their counsel, request this Court extend the deadline to respond to the Complaint filed by the plaintiff, Securities and Exchange Commission ("SEC") until November 30, 2014. In support thereof, they state as follows:

1. Pursuant to Rule 6(b)(1)(a), courts may extend deadlines for good cause upon motion before the original time expires. *See* Fed. R. Civ. P. 6(b)(1)(a).

2. On or about March 17, 2014, Graciarena and Loureyro were allegedly served with process as defendants in the above matter.

3. According the Federal Rules of Civil Procedure, the original deadline to respond was April 7, 2014.

4. On April 7, 2014, Graciarena and Loureyro filed a Notice of Unopposed Motion and Unopposed Motion for Extension of Time to File Response to Plaintiff's Complaint on April

23, 2014, which motion was granted on April 8, 2014.

5. On April 23, 2014, Graciarena and Loureyro filed a second Notice of Unopposed Motion and Unopposed Motion for Extension of Time to File Response to Plaintiff's Complaint on May 12, 2014, which motion was granted on April 24, 2014.

6. On May 9, 2014, Graciarena and Loureyro filed a third Notice of Unopposed Motion and Unopposed Motion for Extension of Time to File Response to Plaintiff's Complaint on May 30, 2014, which motion was granted on May 15, 2014.

7. On May 30, 2014, Graciarena and Loureyro filed a fourth Notice of Unopposed Motion and Unopposed Motion for Extension of Time to File Response to Plaintiff's Complaint on June 17, 2014, which motion was granted on June 4, 2014.

8. On June 17, 2014, Graciarena and Loureyro filed a fifth Notice of Unopposed Motion and Unopposed Motion for Extension of Time to File Response to Plaintiff's Complaint on July 1, 2014, which motion was granted on June 20, 2014.

9. On July 7, 2014, Graciarena and Loureyro filed a sixth Notice of Unopposed Motion and Unopposed Motion for Extension of Time to File Response to Plaintiff's Complaint on July 31, 2014, which motion was granted on July 11, 2014.

10. On July 31, 2014, Graciarena and Loureyro filed a seventh Notice of Unopposed Motion and Unopposed Motion for Extension of Time to File Response to Plaintiff's Complaint on August 29, 2014, which motion was granted on August 5, 2014.

11. On August 29, 2014, Graciarena and Loureyro filed an eight Notice of Unopposed Motion and Unopposed Motion for Extension of Time to File Response to Plaintiff's Complaint on September 30, 2014, which motion was granted on September 2, 2014.

12. On September 30, 2014, Graciarena and Loureyro filed a ninth Notice of

Unopposed Motion and Unopposed Motion for Extension of Time to File Response to Plaintif's Complaint on October 30, 2014, which motion was granted on October 3, 2014.

13	Graciarena and Loureyro are seeking to resolve this matter through settlement negotiations with the SEC. The parties have agreed on the terms of the settlement agreement and are in the process of executing settlement documents.

14.	The SEC will suffer no prejudice by the granting of the requested extension. There are no other pending deadlines that will be disturbed by granting this motion.

15.	Graciarena and Loureyro have filed this Motion with good cause and in good faith and do not interpose it for purposes of improper delay. Graciarena and Loureyro request that their response to the Complaint be due on November 30, 2014.

16.	Graciarena and Loureyro reserve and do not waive any and all potential objections to this action or defenses to the Complaint.

17.	Counsel for Graciarena and Loureyro have conferred with counsel for the SEC, and there is no opposition to the filing of this Motion.

Dated: New York, New York

October 30, 2014                    GOMM & SMITH

                                    _____
                                    By:    /s/Mauricio Gomm

                                    Mauricio  Gomm   Santos
                                    1501 Broadway, 12th Floor
                                    New York, NY 10036
                                    Tel.: (646) 571-2141
                                    mauricio.gomm@gommsmith.com
                                    *Attorney for Graciarena and Loureyro*