UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>MAGDALENA TAVELLA,<br>ANDRES HORACIO FICICCHIA, GONZALO GARCIA BLAYA, LUCIA MARIANA HERNANDO, CECILIA DE LORENZO, ADRIANA ROSA BAGATTIN, DANIELA PATRICIA GOLDMAN, MARIANO PABLO FERRARI, MARIANO GRACIARENA, and FERNANDO LOUREYRO,<br><br>　　　　　　　　Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 12/08/2014<br><br>Civil Action No. 13-CIV-4609 (NRB)<br><br>Judge Naomi Reice Buchwald |

## FINAL JUDGMENT AS TO DEFENDANTS MARIANO GRACIARENA AND FERNANDO LOUREYRO

The Securities and Exchange Commission ("SEC" or "Plaintiff") having filed a Complaint and Defendants Mariano Graciarena ("Graciarena") and Fernando Loureyro ("Loureyro") (collectively, the "Defendants" for purposes of this Final Judgment), having entered a general appearance; consented to the Court's jurisdiction over Defendants and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that within three (3) days of service upon him of a copy of this Final Judgment, Graciarena shall provide written instruction in the form attached to Alpine Securities and Scottsdale Capital Advisors to return Entertainment Art, Inc. (currently known as Biozoom, Inc.) stock certificate number 1115, representing 2.145 million shares issued in the name Mariano Augusto Graciarena and deposited into Scottsdale Capital Advisors brokerage account -xxxxx8720 bearing his name, to the company's transfer agent, VStock Transfer, LLC, 18 Lafayette Place, Woodmere, NY 11598, with instructions that the transfer agent cancel the certificates, as "cancellation" is defined in Securities Exchange Act Rule 17Ad-19(a)(1) [17 CFR §240.17Ad-19(a)(1)]. Graciarena shall copy the Plaintiff on all correspondence to or from Alpine Securities or the company's transfer agent concerning cancellation of the foregoing stock certificate.

II.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that within three (3) days of service upon him of a copy of this Final Judgment, Loureyro shall provide written instruction in the form attached to instruct Alpine Securities and Scottsdale Capital Advisors to return Entertainment Art, Inc. (currently known as Biozoom, Inc.) stock certificate number 1111, representing 2.3 million shares issued in the name Fernando Loureyro and deposited into Scottsdale Capital Advisors brokerage account -xxxxx7518 bearing his name, to the company's transfer agent, VStock Transfer, LLC, 18 Lafayette Place, Woodmere, NY 11598, with instructions that the transfer agent cancel the certificates, as "cancellation" is defined in Securities Exchange Act Rule 17Ad-19(a)(1) [17 CFR §240.17Ad-19(a)(1)]. Loureyro shall

copy the Plaintiff on all correspondence to or from Alpine Securities or the company's transfer agent concerning cancellation of the foregoing stock certificate.

III.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants shall relinquish all claim, title or interest in Entertainment Art, Inc. (currently known as Biozoom, Inc.) stock certificates held in their name, except as necessary to effectuate the cancellations described in paragraphs I and II of this Final Judgment.

IV.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendants shall comply with all of the undertakings and agreements set forth therein.

V.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: December 4, 2014

Hon. Naomi Reice Buchwald
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

Date: _____, 2014

Alpine Securities
Attn.: Legal – Physical Certificate Deposit
39 Exchange Place
Salt Lake City, UT 84111

Scottsdale Capital Advisors
Attn.: D. Michael Cruz
7170 E. McDonald Drive
Scottsdale, AZ 85253

      Re:    Entertainment Art, Inc. (currently known as Biozoom, Inc.) stock certificate number 1115 - Alpine Securities brokerage account #█████8720

To Whom It May Concern:

By this letter, I am instructing Alpine Securities and Scottsdale Capital Advisors to return Entertainment Art, Inc. (currently known as Biozoom, Inc.) stock certificate number 1115 (representing 2.145 million shares issued in the name Mariano Augusto Graciarena and deposited into Scottsdale Capital Advisors brokerage account #█████8720 in my name) to the company's transfer agent, VStock Transfer, LLC, 18 Lafayette Place, Woodmere, NY 11598, with instructions that the transfer agent cancel the certificates, as "cancellation" is defined in Securities Exchange Act Rule 17Ad-19(a)(1) [17 CFR §240.17Ad-19(a)(1)].

Enclosed for your information is a copy of an order of the U.S. District Court for the Southern District of New York directing the cancellation of the above-reference certificate.

                                            Sincerely,

                                            Mariano Augusto Graciarena
                                            ████████████
                                            Buenos Aires, Argentina

cc:    Patrick M. Bryan
       U.S. Securities and Exchange Commission
       100 F. Street, NE
       Washington, DC 20005

Date: _____, 2014

Alpine Securities
Attn.: Legal – Physical Certificate Deposit
39 Exchange Place
Salt Lake City, UT 84111

Scottsdale Capital Advisors
Attn.: D. Michael Cruz
7170 E. McDonald Drive
Scottsdale, AZ 85253

    Re:    Entertainment Art, Inc. (currently known as Biozoom, Inc.) stock certificate number 1111 - Alpine Securities brokerage account #▇▇▇7518

To Whom It May Concern:

    By this letter, I am instructing Alpine Securities and Scottsdale Capital Advisors to return Entertainment Art, Inc. (currently known as Biozoom, Inc.) stock certificate number 1111 (representing 2.3 million shares issued in the name Fernando Loureyro and deposited into Scottsdale Capital Advisors brokerage account #▇▇▇7518 in my name) to the company's transfer agent, VStock Transfer, LLC, 18 Lafayette Place, Woodmere, NY 11598, with instructions that the transfer agent cancel the certificates, as "cancellation" is defined in Securities Exchange Act Rule 17Ad-19(a)(1) [17 CFR §240.17Ad-19(a)(1)].

    Enclosed for your information is a copy of an order of the U.S. District Court for the Southern District of New York directing the cancellation of the above-reference certificate.

                                            Sincerely,

                                            Fernando Loureyro

                                            Buenos Aires, Argentina

cc:    Patrick M. Bryan
       U.S. Securities and Exchange Commission
       100 F. Street, NE
       Washington, DC 20005